UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-20513-BLOOM/Otazo-Reyes

ELGIN HILLIARD, SR.,

    Plaintiff,

v.

RENE GUTIERREZ,

    Defendant.
_____/

### ORDER SETTING MOTION HEARING BY VIDEO CONFERENCE

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. On March 16, 2021, Defendant filed a Motion to Dismiss Plaintiff's First Amended Complaint, ECF No. [12] ("Motion").

Accordingly, it is **ORDERED AND ADJUDGED** that a **Motion Hearing** on **ECF No. [12]** shall be held via Zoom videoconference **on April 8, 2021, at 2:30 p.m.** The Meeting ID for this Hearing is 161 340 8961, and the Passcode is 270576. Alternatively, the link to this proceeding is: https://www.zoomgov.com/j/1613408961?pwd=eTlXTWdQckhreTJRSnlvUExtT0xmQT09.

**DONE AND ORDERED** in Chambers at Miami, Florida, on March 18, 2021.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record